Same case below, 639 F.3d 834.

No. 11-192. United States, Petitioner v. James X. Bormes.

565 U.S. 1153, 132 S. Ct. 1088, 181 L. Ed. 2d 806, 2012 U.S. LEXIS 584.

January 13, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit granted.

Same case below, 626 F.3d 574.

No. 11-465. Javier Cavazos, Acting Warden, Petitioner v. Tara Sheneva Williams.

565 U.S. 1153, 132 S. Ct. 1088, 181 L. Ed. 2d 806, 2012 U.S. LEXIS 582.

January 13, 2012. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted limited to Question 1 presented by the petition.

Same case below, 646 F.3d 626.